FILED
SCRANTON

NOV 1 2007

PER
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 81, AFL-CIO<br><br>and<br><br>WILLIAM IACONO, Fund Administrator for the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 81, AFL-CIO HEALTH & WELFARE AND ANNUITY FUNDS<br><br>Plaintiffs,<br><br>v.<br><br>KINBACK CORPORATION<br><br>Defendant. | CIVIL ACTION<br><br>No.: 3:07-CV-1093<br><br>Honorable William J. Nealon<br><br>Electronically Filed 10/10/07 |

## ORDER

AND NOW, TO WIT, this ___1st___ day of __November__, 2007, upon Plaintiffs' Motion for Default Judgment, and any reply thereto, it is hereby ORDERED and DECREED as follows:

Judgment is hereby entered on behalf of the Plaintiffs, and against Defendant Kinback Corporation, for unpaid benefit Fund contributions plus attendant ERISA and Trustee assessments as follows:

(i) Unpaid contributions, interest, liquidated damages and late payment assessments for July, 2007 and August, 2007 in an amount to be determined by audit;

(ii) interest pursuant to ERISA of $4,779.91 on late contributions for the period august, 2006 through June, 2007;

(iii) liqui dated damages pursuant to ERISA of $53,178.60 for the period August, 2006 through June, 2007;

(iv) late penalties of $2,658.94 pursuant to the Trustees' Statement of Policy for the collection of Delinquent Contributions;

(v) attorney's fees, court costs, and service fees pursuant to ERISA in the amount of $1,621.00.

Additionally, Defendant Kinback Corporation is ordered to submit to an audit and accounting of its payroll records to determine if additional sums are due and owing to Plaintiffs. Judgment is also entered, inclusive of interest, liquidated damages and costs, on any and all additional sums determined to be due and owing to the Plaintiffs pursuant to the audit.

By the Court

_____
Honorable William J. Nealon